IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANIEL KIM | § | |
| | § | |
| Plaintiff, | § | #12 |
| | § | |
| VS. | § | C.A. NO. H-94-3337 |
| | § | JURY DEMANDED |
| STATE FARM MUTUAL | § | |
| AUTOMOBILE INSURANCE | § | |
| COMPANY | § | UNITED STATES DISTRICT COURT |
| | § | SOUTHERN DISTRICT OF TEXAS |
| Defendant. | § | ENTERED |

**FINAL JUDGMENT**

MAY 4 1995

Michael N. Milby, Clerk

It is ORDERED, ADJUDGED and DECREED that:

(1) Daniel Kim take nothing from State Farm Mutual Automobile Insurance Company as to any claims made in this case or which could have been made in this case.

(2) All costs of Court expended or incurred are assessed against the party who incurred same.

(3) All other relief not expressly granted in this final judgment is denied.

SIGNED May 3, 1995.

_____
PRESIDING JUDGE

SA001-0022-5549

APPROVED FOR ENTRY:

By /s/ Mike Hjalmarson
    Mike Hjalmarson
    State Bar No. 09731500
4409 Montrose, Suite 202
Houston, Texas 77006
Telephone No.: (713) 522-9942
Telecopier No.: (713) 422-8366
Attorney for Plaintiff


NISTICO & CROUCH, P.C.

By /s/ Kathleen Crouch
    Kathleen Crouch
    State Bar No. 05144310
    Federal I.D. No. 10835
5847 San Felipe, Suite 3250
Houston, Texas 77057
Telephone No.: (713) 781-2889
Telecopier No.: (713) 781-7222
Attorney for Defendant, State Farm
 Mutual Automobile Insurance Company


## CERTIFICATE OF SERVICE

    This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on April _18_, 1995.

                                     /s/ Kathleen Crouch
                                     Kathleen Crouch

SA001-954